UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CRIMINAL ACTION NO. 3:21-CR-00127-CHB
*Electronically Filed*

UNITED STATES OF AMERICA                                                              PLAINTIFF

V.                  **DEVONZO SUMMERS' MOTION TO ADOPT**

DEVONZO SUMMERS, *et al.*                                          DEFENDANTS

Devonzo Summers respectfully requests the Court to permit him to adopt the following pretrial documents filed by his co-defendant, Eric D. Mosley, as if they were filed on his own behalf:

- Motion *in Limine* (Doc. No. 290);
- Pretrial Memorandum (Doc. No. 296);
- Proposed Jury Instructions (Doc. No. 289); and
- Proposed *Voir Dire* Questions (Doc. No. 297).

Mr. Summers is charged in the Superseding Indictment in Count 1 with Conspiracy to Possess with Intent to Distribute Controlled Substances. (21 U.S.C. §846). He is also charged in Counts 21 and 22 with Possession with Intent to Distribute Fentanyl. (21 U.S.C. §841(a)(1)).

Count 24 of the Superseding Indictment charges him with Possession with Intent to Distribute Methamphetamine and Fentanyl. (21 U.S.C. §841(a)(1)). Counts 25, 26, 27, 28, and 30 accuse him of Possessing With Intent to Distribute Either Methamphetamine or Fentanyl. (21 U.S.C. §841(a)(1)).

Count 29 charges Mr. Summers with Using or Possessing a Firearm in Relation to

a Drug Trafficking Offense in violation of 18 U.S.C. §924(c)(1)(A).

The proposed jury instructions filed by co-defendant Mosley include the Sixth Circuit Pattern Jury Instructions for all of the above-referenced statutes.

WHEREFORE, this Court is respectfully requested to enter the attached Order.

**RESPECTFULLY SUBMITTED,**

*/S/ JOHN CASEY MCCALL*
**JOHN CASEY MCCALL**
600 West Main Street, Suite 300
Louisville, Kentucky 40202
(502) 589-6190

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

*/s/ John Casey McCall*
John Casey McCall