UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CRIMINAL ACTION NO. 3:21-CR-00127-CHB-CHL

UNITED STATES OF AMERICA                                                                           PLAINTIFF

V.                                                      **ORDER**

DEVONZO SUMMERS, *et al.*                                                                         DEFENDANTS

Motion having been made and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Mr. Summers' motion to adopt the following pretrial filings submitted by co-defendant Eric D. Mosley as if filed on his own behalf is GRANTED:

- Motion *in Limine* (Doc. No. 290);
- Pretrial Memorandum (Doc. No. 296);
- Proposed Jury Instructions (Doc. No. 289); and
- Proposed *Voir Dire* Questions (Doc. No. 297).