UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**ELECTRONICALLY FILED**

UNITED STATES OF AMERICA                                PLAINTIFF

v.                              CRIMINAL ACTION NO. 3:21-CR-127-1-CHB

ERIC D. MOSLEY,
ZAMAN TAYLOR, and
DEVONZO SUMMERS                                          DEFENDANTS

## JOINT SUBMISSION OF
## REDACTED SUPERSEDING INDICTMENT

On behalf of all the parties in this matter, undersigned counsel submits the attached redacted Superseding Indictment, edited in compliance with the Court's directions in its Order of July 25. (R. 310, pg. 4 ¶ 8(b), Page ID # 1253.)

Respectfully submitted,

*Michael R. Mazzoli*
Scott C. Cox
Michael R. Mazzoli
Scott Coleman Cox, II
Attorneys for Defendant Mosley
COX & MAZZOLI PLLC
600 West Main Street, Suite 300
Louisville, Kentucky 40202
502-589-6190
MMazzoli@CoxAndMazzoli.com

**CERTIFICATE OF SERVICE**

On July 26, 2023, I electronically filed this document through the ECF system, which will send a notice of electronic filing to counsel of record.

*Michael R. Mazzoli*

Michael R. Mazzoli