UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**FILED**
JAMES J. VILT, JR. - CLERK

JAN - 4 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**ERIC D. MOSLEY  (1-6)**

**ZAMAN TAYLOR (1, 2, 7-17)**

**KHASI JONES  (1, 18-23)**

**DEVONZO SUMMERS (1, 21, 22, 24-30)**

**RICOS MOSLEY (1, 3)**

**BARRY REED (1, 31-40)**

**CEDRIC PALMER (1, 24-26)**

**AERION COOK  (1, 38, 41-44)**

**DAZARAY RICE (1, 19, 23)**

**DARRIAN TOOGOOD (1, 13-17)**

<u>SUPERSEDING INDICTMENT</u>

NO.    *3:21cc-127 (CHB) ₥ as per USA 1/4/2023*
3:21CR-147-CHB ~~3.21CR-147-CHB~~
18 U.S.C. § 2
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(d)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 841(b)(1)(B)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 846
21 U.S.C. § 853
28 U.S.C. § 2461

The Grand Jury charges:

<u>COUNT 1</u>
(*Conspiracy to Possess with Intent to Distribute Controlled Substances*)

Beginning on a date unknown to the Grand Jury, but at least as early as  March 10, 2021, and

continuing up to and through on or about October 20, 2021, in the Western District of Kentucky,

Jefferson County, Kentucky, and elsewhere, **ERIC D. MOSLEY**, **ZAMAN TAYLOR**, **KHASI**

**JONES**, **DEVONZO SUMMERS**, **RICOS MOSLEY**, **BARRY REED**, **CEDRIC PALMER**,

**AERION COOK**, **DAZARAY RICE**, and **DARRIAN TOOGOOD**, defendants herein, knowingly

and intentionally conspired with each other and others, known and unknown to the Grand Jury, to

possess with the intent to distribute 50 grams or more of methamphetamine, 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," 500 grams or more of a mixture and substance containing a detectable amount of cocaine, and a mixture and substance containing a detectable amount of heroin, all Schedule II controlled substances, as defined by Title 21, United States Code, Section 812.

## OBJECT OF THE CONSPIRACY

1.      The participants in the conspiracy sought to enrich themselves through the distribution and sale of methamphetamine, fentanyl, cocaine, and heroin, and to acquire tangible and intangible benefits from the use, possession, distribution, and sale of those controlled substances in the Western District of Kentucky.

## MANNER AND MEANS

2.      At times relevant to this Superseding Indictment, in the Western District of Kentucky, particularly in the area of Louisville, Kentucky, and elsewhere, **ERIC D. MOSLEY**, **ZAMAN TAYLOR**, **KHASI JONES**, **DEVONZO SUMMERS**, **RICOS MOSLEY**, **BARRY REED**, **CEDRIC PALMER**, **AERION COOK**, **DAZARAY RICE**, and **DARRIAN TOOGOOD**, defendants herein, were members and associates of a drug trafficking organization.

3.      **ERIC D. MOSLEY** was a leader of the conspiracy supplying large quantities of controlled substances he acquired to distributors, including but not limited to, **ZAMAN TAYLOR** and other mid-level distributors in the conspiracy, operating in Jefferson County, Kentucky and

2

surrounding areas. These distributors would then dispense the substances to lower-level distributors and users.

4.      **ZAMAN TAYLOR** was a leader of the conspiracy and coordinated and directed acts of violence.

5.      **ZAMAN TAYLOR**, **KHASI JONES**, **DEVONZO SUMMERS**, **RICOS MOSLEY**, **BARRY REED**, **CEDRIC PALMER**, **AERION COOK**, **DAZARAY RICE**, and **DARRIAN TOOGOOD**, were mid-level and low-level distributors in the conspiracy.

6.      Throughout the conspiracy, several members of the conspiracy distributed controlled substances on a "front," wherein they provided quantities of these substances on consignment to other distributors, receiving payment for the consigned substances after their sale.

7.      The defendants used telephones to facilitate the drug trafficking operation outlined herein. During the course of the conspiracy, the defendants spoke on telephones, at times used coded language, and used text messages to discuss matters relative to their drug trafficking operation.

8.      The defendants also used social media and messenger applications to facilitate the drug trafficking operation outlined herein. The defendants used electronic communication methods to discuss matters relative to their drug trafficking operation and to transfer United States currency constituting the proceeds of the sale of controlled substances.

9.      The defendants used motor vehicles to transport controlled substances and United States currency constituting the proceeds of the sale of controlled substances to and from areas in and around Louisville, Kentucky and elsewhere.

10.      Members of the conspiracy maintained sizeable amounts of cash to obtain quantities of controlled substances or to pay for controlled substances previously provided on consignment.

11.      Members of the conspiracy also utilized firearms in furtherance of the drug trafficking activities.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 2
### *(Distribution of Methamphetamine)*

On or about July 27, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **ERIC D. MOSLEY** and **ZAMAN TAYLOR**, defendants herein, aided and abetted by each other, knowingly and intentionally distributed 50 grams or more of methamphetamine, a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 3
### *(Possession with Intent to Distribute Cocaine)*

On or about September 8, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **ERIC D. MOSLEY** and **RICOS MOSLEY**, defendants herein, aided and abetted by another or others, knowingly and intentionally possessed with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 4
*(Possession of a Firearm in Furtherance of Drug Trafficking)*

On or about September 8, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **ERIC D. MOSLEY**, a defendant herein, aided and abetted by another or others, knowingly possessed a firearm, that is a Romarm/Cugir 7.62X39 millimeter semi-automatic pistol, bearing serial number PMD-11158-19RO, and a Zigana, model PX-9, 9 millimeter semi-automatic pistol, bearing serial number T0620-19BM13542, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the offenses charged in Counts 1 and 3 of this Superseding Indictment, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A) and 2.


The Grand Jury further charges:

## COUNT 5
*(Possession of a Firearm by a Prohibited Person)*

On or about September 8, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **ERIC D. MOSLEY**, a defendant herein, did knowingly possess, in and affecting interstate or foreign commerce, a firearm, that is, a Romarm/Cugir 7.62X39 millimeter semi-automatic pistol, bearing serial number PMD-11158-19RO, and a Zigana, model PX-9, 9 millimeter semi-automatic pistol, bearing serial number T0620-19BM13542, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

The Grand Jury further charges:

## COUNT 6
*(Possession of a Stolen Motor Vehicle)*

On or about September 8, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **ERIC D. MOSLEY**, a defendant herein, did receive, possess, conceal, store, barter, sell and dispose of a stolen motor vehicle, that is, a 2021 Dodge Durango SRT Hellcat, which vehicle had crossed a State boundary after being stolen, to wit, said vehicle being stolen on July 18, 2021, in Novi, Michigan, and subsequently brought into the Commonwealth of Kentucky, knowing the same to have been stolen.

In violation of Title 18, United States Code, Section 2313.

The Grand Jury further charges:

## COUNT 7
*(Distribution of Methamphetamine)*

On or about March 31, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **ZAMAN TAYLOR**, a defendant herein, knowingly and intentionally distributed 5 grams

or more of methamphetamine, a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

## COUNT 8
(*Distribution of Methamphetamine*)

On or about April 2, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **ZAMAN TAYLOR**, a defendant herein, knowingly and intentionally distributed 5 grams or more of methamphetamine, a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

## COUNT 9
(*Distribution of Methamphetamine*)

On or about May 5, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **ZAMAN TAYLOR**, a defendant herein, knowingly and intentionally distributed 5 grams or more of methamphetamine, a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

## COUNT 10
### (*Distribution of Methamphetamine*)

On or about May 27, 2021, in the Western District of Kentucky, Jefferson County, Kentucky,

**ZAMAN TAYLOR**, a defendant herein, knowingly and intentionally distributed 5 grams or more

of methamphetamine, a Schedule II controlled substance, as defined by Title 21, United States Code,

Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).


The Grand Jury further charges:

## COUNT 11
### (*Distribution of Methamphetamine*)

On or about July 7, 2021, in the Western District of Kentucky, Jefferson County, Kentucky,

**ZAMAN TAYLOR**, a defendant herein, knowingly and intentionally distributed 5 grams or more

of methamphetamine, a Schedule II controlled substance, as defined by Title 21, United States Code,

Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).


The Grand Jury further charges:

## COUNT 12
### (*Possession of a Firearm in Furtherance of Drug Trafficking*)

On or about July 27, 2021, in the Western District of Kentucky, Jefferson County, Kentucky,

**ZAMAN TAYLOR**, a defendant herein, knowingly possessed a firearm, in furtherance of a drug

trafficking crime for which he may be prosecuted in a court of the United States, that is, the offense

charged in Counts 1 and 2 of this Superseding Indictment, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

COUNT 13
(*Distribution of Methamphetamine*)

On or about September 1, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **ZAMAN TAYLOR** and **DARRIAN TOOGOOD**, defendants herein, aided and abetted by each other, knowingly and intentionally distributed 50 grams or more of methamphetamine, a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

The Grand Jury further charges:

COUNT 14
(*Distribution of Methamphetamine*)

On or about September 8, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **ZAMAN TAYLOR** and **DARRIAN TOOGOOD**, defendants herein, aided and abetted by each other, knowingly and intentionally distributed 50 grams or more of methamphetamine, a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 15
### (Possession with Intent to Distribute Methamphetamine)

On or about October 20, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **ZAMAN TAYLOR** and **DARRIAN TOOGOOD**, defendants herein, aided and abetted by each other, knowingly and intentionally possessed with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.


The Grand Jury further charges:

## COUNT 16
### (Possession with Intent to Distribute Fentanyl)

On or about October 20, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **ZAMAN TAYLOR** and **DARRIAN TOOGOOD**, defendants herein, aided and abetted by each other, knowingly and intentionally possessed with the intent to distribute an amount of a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 17
### (*Possession of a Firearm in Furtherance of Drug Trafficking*)

On or about October 20, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **ZAMAN TAYLOR** and **DARRIAN TOOGOOD**, defendants herein, aided and abetted by each other, knowingly possessed a firearm, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the offenses charged in Counts 15 and 16 of this Superseding Indictment, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

The Grand Jury further charges:

## COUNT 18
### (*Distribution of Fentanyl*)

On or about April 14, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **KHASI JONES**, a defendant herein, knowingly and intentionally distributed an amount of a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 19
### (*Distribution of Fentanyl*)

On or about April 23, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **KHASI JONES** and **DAZARAY RICE**, defendants herein, aided and abetted by each other and

others, knowingly and intentionally distributed  an amount of a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 20
### (*Distribution of Fentanyl*)

On or about May 18, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **KHASI JONES**, a defendant herein, knowingly and intentionally distributed an amount of a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 21
### (*Distribution of Fentanyl*)

On or about June 8, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **KHASI JONES** and **DEVONZO SUMMERS**, defendants herein, aided and abetted by each other and others, knowingly and intentionally distributed an amount of a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly

known as "fentanyl," a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 22
*(Distribution of Fentanyl)*

On or about August 27, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **KHASI JONES** and **DEVONZO SUMMERS**, defendants herein, aided and abetted by each other and others, knowingly and intentionally distributed an amount of a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 23
*(Distribution of Fentanyl)*

On or about July 2, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **KHASI JONES** and **DAZARAY RICE**, defendants herein, aided and abetted by each other and others, knowingly and intentionally distributed  an amount of a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl]  propanamide, commonly

known as "fentanyl," a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

The Grand Jury further charges:

COUNT 24
*(Distribution of Controlled Substances)*

On or about May 11, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **DEVONZO SUMMERS** and **CEDRIC PALMER**, defendants herein, aided and abetted by each other, knowingly and intentionally an amount of methamphetamine, and an amount of a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," both Schedule II controlled substances, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

The Grand Jury further charges:

COUNT 25
*(Distribution of Methamphetamine)*

On or about May 19, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **DEVONZO SUMMERS** and **CEDRIC PALMER**, defendants herein, aided and abetted by each other, knowingly and intentionally distributed 5 grams or more of methamphetamine, a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

14

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 26
*(Distribution of Fentanyl)*

On or about May 19, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **DEVONZO SUMMERS** and **CEDRIC PALMER**, defendants herein, aided and abetted by each other, knowingly and intentionally distributed an amount of a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 27
*(Distribution of Methamphetamine)*

On or about June 2, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **DEVONZO SUMMERS**, a defendant herein, knowingly and intentionally distributed 5 grams or more of methamphetamine, a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

## COUNT 28
### *(Distribution of Fentanyl)*

On or about June 2, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **DEVONZO SUMMERS**, a defendant herein, knowingly and intentionally distributed an amount of a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 29
### *(Possession of a Firearm in Furtherance of Drug Trafficking)*

On or about June 2, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **DEVONZO SUMMERS**, a defendant herein, knowingly possessed a firearm, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the offense charged in Counts 1, 27, and 28 of this Superseding Indictment, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 30
### *(Distribution of Methamphetamine)*

On or about June 24, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **DEVONZO SUMMERS**, a defendant herein, aided and abetted by another or others, knowingly

and intentionally distributed 5 grams or more of methamphetamine, a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 31
### (*Distribution of Fentanyl*)

On or about March 10, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **BARRY REED**, a defendant herein, knowingly and intentionally distributed an amount of a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 32
### (*Distribution of Fentanyl*)

On or about March 16, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **BARRY REED**, a defendant herein, knowingly and intentionally distributed an amount of a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 33
*(Distribution of Fentanyl)*

On or about April 29, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **BARRY REED**, a defendant herein, knowingly and intentionally distributed an amount of a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 34
*(Distribution of Fentanyl)*

On or about May 4, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **BARRY REED**, a defendant herein, knowingly and intentionally distributed an amount of a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 35
*(Distribution of Controlled Substances)*

On or about May 13, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **BARRY REED**, a defendant herein, knowingly and intentionally distributed an amount of

methamphetamine, and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," both Schedule II controlled substances, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 36
### (*Distribution of Methamphetamine*)

On or about May 20, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **BARRY REED**, a defendant herein, knowingly and intentionally distributed 5 grams or more of methamphetamine, a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

## COUNT 37
### (*Possession of a Firearm in Furtherance of Drug Trafficking*)

On or about May 20, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **BARRY REED**, a defendant herein, knowingly possessed a firearm, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the offenses charged in Counts 1 and 36 of this Superseding Indictment, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 38
### (*Distribution of Methamphetamine*)

On or about June 4, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **BARRY REED** and **AERION COOK**, defendants herein, aided and abetted by each other, knowingly and intentionally distributed 5 grams or more of methamphetamine, a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 39
### (*Distribution of Methamphetamine*)

On or about June 17, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **BARRY REED**, a defendant herein, knowingly and intentionally distributed 5 grams or more of methamphetamine, a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

## COUNT 40
### (*Possession of a Stolen Motor Vehicle*)

On or about August 26, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **BARRY REED**, a defendant herein, did receive, possess, conceal, store, barter, sell and dispose of a stolen motor vehicle, that is, a 2018 Dodge Charger, which vehicle had crossed a State

boundary after being stolen, to wit, said vehicle being stolen on August 4, 2021, in Detroit, Michigan, and subsequently brought into the Commonwealth of Kentucky, knowing the same to have been stolen.

In violation of Title 18, United States Code, Section 2313.


The Grand Jury further charges:

<u>COUNT 41</u>
(*Distribution of Methamphetamine*)

On or about July 15, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **AERION COOK**, a defendant herein, knowingly and intentionally distributed 5 grams or more of methamphetamine, a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).


The Grand Jury further charges:

<u>COUNT 42</u>
(*Distribution of Fentanyl*)

On or about July 15, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **AERION COOK**, a defendant herein, knowingly and intentionally distributed an amount of a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 43
*(Distribution of Methamphetamine)*

On or about August 27, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **AERION COOK**, a defendant herein, knowingly and intentionally distributed 5 grams or more of methamphetamine, a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

## COUNT 44
*(Possession with Intent to Distribute Methamphetamine)*

On or about October 20, 2021, in the Western District of Kentucky, Jefferson County, Kentucky, **AERION COOK**, a defendant herein, aided and abetted by another or others, known and unknown to the Grand Jury, knowingly and intentionally possessed with the intent to distribute 5 grams or more of methamphetamine, a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

A TRUE BILL.

Redacted

FOREPERSON

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:FED:01042023