UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**ELECTRONICALLY FILED**

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                         CRIMINAL ACTION NO. 3:21-CR-127-1-CHB

ERIC D. MOSLEY,
ZAMAN TAYLOR, and
DEVONZO SUMMERS                                              DEFENDANTS

## JOINT SUBMISSION OF
## AGREED STATEMENT OF THE CASE

On behalf of all the parties in this matter, undersigned counsel offers the following Agreed Statement of the Case to be read to the jury during the trial, as requested in the Court's Order of July 25 (R. 310, pg. 4 ¶ 8(c), Page ID # 1253):

> This matter involves an investigation conducted by the Federal Bureau of Investigation, Louisville Metro Police Department, and other law enforcement agencies into drug trafficking and firearms offenses allegedly committed by Eric Mosley, Zaman Taylor, Devonzo Summers, and others between March and October 2021, primarily in Jefferson County, Kentucky. The indictment alleges that the defendants conspired together to distribute drugs; it also alleges that each defendant individually (1) distributed (or possessed with the intent to distribute) controlled substances on different occasions, and (2) possessed a firearm in

furtherance of a drug trafficking crime. Mr. Mosley is separately charged with possessing a firearm after a felony conviction and with possessing a stolen motor vehicle. The defendants deny all the charges against them.

If the Court wishes to change the preceding Agreed Statement, the parties will confer and submit the necessary revisions.

Respectfully submitted,

*Michael R. Mazzoli*

Scott C. Cox
Michael R. Mazzoli
Scott Coleman Cox, II
Attorneys for Defendant Mosley
COX & MAZZOLI PLLC
600 West Main Street, Suite 300
Louisville, Kentucky 40202
502-589-6190
MMazzoli@CoxAndMazzoli.com

## CERTIFICATE OF SERVICE

On July 27, 2023, I electronically filed this document through the ECF system, which will send a notice of electronic filing to counsel of record.

*Michael R. Mazzoli*
Michael R. Mazzoli